UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEIGHBORLY LABS, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>THE DWYER GROUP INC., a Delaware Corporation, DWYER FRANCHISING LLC, a Delaware Corporation,<br><br>        Defendants. | Case No. 2:17-cv-00799-RSM<br><br>**ORDER GRANTING PLAINTIFF NEIGHBORLY LABS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINES CONTAINED IN ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT (DKT. NO. 9)** |

FOR GOOD CAUSE, IT IS SO ORDERED.

The deadlines in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 9) are extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | August 1, 2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | August 8, 2017 |
| Combined Joint Status Report and Discovery Plan: | August 15, 2017 |

DATED this 26th day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO